# 110

<table>
<tr><td>AO-10<br>Rev. 1/91</td><td>## FINANCIAL DISCLOSURE REPORT</td><td>Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-111)</td></tr>
</table>

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lungstrum, John W. | United States District Court | 25 July 1991 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | **X** Nomination, Date 24 July 1991<br>**X** Initial ___ Annual ___ Final | 1 January 1990<br>through<br>30 June 1991 |

**7. Chambers or Office Address**
Suite 502 First National Bank Tower
Lawrence, KS 66044

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| | (law |
|---|---|
| Partner | Stevens, Brand, Lungstrum, Golden & Winter fir |
| Lecturer in Law | University of Kansas School of Law |
| (see attachment 1) | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

| | Partnership Agreement of Stevens, Brand law firm provides |
|---|---|
| | for payment of my share of income earned before resignation |
| | from the firm to begin service as District Judge |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| 1 January 1991<br>through 30 June 1991 | Stevens, Brand law firm partnership income | $ 53,677.50 |
| 1 January 1990<br>through 31 Dec 1990 | Stevens, Brand law firm partnership income | $ 197,682.00 |
| 1 January 1989<br>through 31 Dec 1989 | Stevens, Brand law firm partnership income | $ 149,759.00 |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>John W. Lungstrum | Date of Report<br>25 July 1991 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Bank of Kansas/Lawrence | Loan to Stevens, Brand law firm | K |
| | for remodeling, furniture and | |
| | fixtures (contingent liability) | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $15,000 or less | K = $15,001 to $50,000 | L = $50,001 to $100,000 | M = $100,001 to $250,000 |
|---|---|---|---|---|
| | N = $250,001 to $500,000 | O = $500,001 to $1,000,000 | P = More than $1,000,000 | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>John W. Lungstrum | Date of Report<br>25 July 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership by reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain:<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Dean Witter/Sears (money mkt) Liquid Asset Fund | C | div | J | T | Exempt | | | | |
| 2 Dean Witter/Sears (money mkt) Liquid Asset Fund (DC) | A | div | K | T | Exempt | | | | |
| 3 Bank of Kansas/Lawrence (J)(checking account) | None | checking account | J | T | Exempt | | | | |
| 4 Bank IV Kansas City NA (DC) (certificates of deposit) | B | int | K | T | Exempt | | | | |
| 5 Kansas Power & Light Company (DC) (common stock) | C | div | L | T | Exempt | | | | |
| 6 Beneficial interest in Stevens Brand Profit Sharing Plan, Administered by Dean Witter | A | divs, int, cap gains | M | T | Exempt | | | | |
| 7 (See Attachment 2) | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>F=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D1) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

# 113

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _John W. Lungstrum_          Date _25 July 1991_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google